UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NANBAM BLESSING DANIEL,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:19-cv-01945 |
| | § | |
| **EZE MADUMERE and MARSHALL MADUMERE,** | § | |
| | § | |
| *Defendants*. | § | |

### ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff and Defendants' Joint Motion to Dismiss with Prejudice. Based on the parties' representation that they have reached a settlement of all claims, defenses, and disputes between them in this cause, and having considered the Motion, the Court is of the opinion that the Motion has merit and should be granted. IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims filed against Defendants are hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees, except as otherwise agreed to in writing among the parties.

SIGNED this  21  day of  September , 2020.

Frances H. Stacy
United States Magistrate Judge